UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALCY JOSEPH, JR.

CIVIL ACTION

VERSUS

16-347-SDD-EWD

UNKNOWN JOHNSON, ET AL.

### RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated April 6, 2017, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Plaintiff's claims shall be dismissed for failure to state a claim pursuant to 1915(e)(2)(B)(ii).

Baton Rouge, Louisiana the 16 day of May, 2017.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 16.